UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. GADLIN,<br><br>    Petitioner,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>    Respondents. | Case No. 20-cv-02867-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, this habeas case is dismissed.

**IT IS SO ORDERED.**

Dated: January 6, 2021

JAMES DONATO
United States District Judge